IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 24-cv-03244-CNS-KAS | Date: May 14, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TELIAX INC<br><br>**Plaintiff**<br><br>v.<br><br>VERIZON SERVICES CORP<br>VERIZON SELECT SERVICES INC<br>VERIZON SELECT SERVICES OF VIRGINIA INC<br>MCI COMMUNICATIONS SERVICES LLC<br>MCI INTERNATIONAL LLC<br>MCIMETRO ACCESS TRANSMISSION SERVICES LLC<br>MCIMETRO ACCESS TRANSMISSION SERVICES OF VIRGINIA INC<br><br>**Defendant** | *Robert Jackson*<br>*John Young*<br><br><br><br><br>*Allison Burke*<br>*Grace Knofczynski*<br>*Jarrod Nagurka* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 12:59 p.m.

Appearance of counsel. Also present at Plaintiff's table is client representative David Aldworth. Also present at Defendants' table is in-house counsel Curtis Groves.

Argument as to [19] Motion Pursuant to Fed.R.Civ.P. 12(b)(6) to Dismiss Counts II and III given by Ms. Knofczynski and Mr. Jackson with questions from the Court.

As outlined on the record, it is

**ORDERED:  [19] Motion Pursuant to Fed.R.Civ.P. 12(b)(6) to Dismiss Counts II and III is GRANTED without prejudice.**

Court in Recess:  1:39 p.m.          Hearing concluded.          Total time in Court:  00:40